UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILEY GENE WILSON,<br><br>  Petitioner,<br><br>  v.<br><br>STEVE LANGFORD, Warden,<br><br>  Respondent. | No. LA CV 16-05964-VBF-PLA<br><br>**ORDER**<br><br>Overruling Petitioner's Objections;<br>Adopting the Report & Recommendation;<br><br>Denying the Section 2241 Habeas Petition;<br><br>Directing Entry of Separate Final Judgment;<br><br>Terminating the Case (JS-6); |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation ("R&R"), petitioner's Objections to the R&R, and the respondent's notice of his intent not to respond to those objections. The Court has engaged in a de novo review of those portions of the R&R to which petitioner has lodged sufficiently specific objections. Finding no defect of law, fact, or logic in the well-reasoned R&R, the Court will accept the Magistrate Judge's findings and conclusions and implement his recommendations. ACCORDINGLY, IT IS ORDERED THAT:

Petitioner Wilson's objection **[Doc #52] is OVERRULED**.

The Magistrate Judge's Report and Recommendation **[Doc #47] is ADOPTED.**

The petition for a writ of habeas corpus pursuant to 28 U.S.C. **section 2241 is DENIED**.

A separate judgment shall be entered consistent with this Order.

"Because petitioner sought habeas corpus relief pursuant to 28 U.S.C. § 2241, he does <u>not</u> need to obtain a certificate of appealability in order to appeal to the United States Court of Appeals for the Ninth Circuit." *Encarnacion-Montero v. Sanders*, 2015 WL 3823891, *4 n.3 (C.D. Cal. June 18, 2015) (Valerie Baker Fairbank, J.) (citing *Muth v. Fondren*, 676 F.3d 815, 818 (9th Cir. 2012) (citations omitted)), *appeal dismissed*, No. 15-56071 (9th Cir. Aug. 13, 2015).[1]

The clerk shall serve this Order and the Judgment on all counsel or parties of record.

The clerk **SHALL TERMINATE** and close this case (JS-6).

Dated: September 29, 2017

_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] *Accord Descamps v. Warden*, 617 F. App'x 110, 111 n.1 (3d Cir. 2015) (per curiam) (citation omitted); *see, e.g, Thornberg v. Fox*, Case No. 2:14-08091-DSF-AN Doc. 11, App. No. 14-56792 (9th Cir. June 12, 2015) ("We refer this matter to a merits panel to determine whether the petition filed by appellant in the district court is a legitimate 28 U.S.C. § 2241 . . . , thereby rendering a [COA] unnecessary . . . .").