JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **WILEY GENE WILSON,** | ) | No. LA CV 16-05964-VBF (PLA) |
| Petitioner, | ) | **FINAL JUDGMENT** |
| v. | ) | |
| STEVE LANGFORD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order dismissing the petition with prejudice, **final judgment is entered in favor of respondent and against petitioner**.

Dated: September 29, 2017

*Valerie Baker Fairbank*

_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE